**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:19-CR-20567-FAM (1)**

UNITED STATES OF AMERICA

Vs.

ANTWAN DENETRICK HUE

       Defendant.
_____ /

## MOTION TO TERMINATE SUPERVISED RELEASE

1. In this case, the District Court sentenced Mr. Hue to a period of 27-month incarceration after his plea to Count 5 of the indictment charging him with Attempted Possession with Intent to distribute Cocaine in violation of Title 21 USC § 846.

2. Mr. Hue was also sentenced to a period of five years of supervised release following his term of incarceration.

3. Mr. Hue was released from the Federal Bureau of Prisons on March 24, 2022.

4. Mr. Hue is a medical doctor.

5. He has been offered an opportunity to return to Jamaica, his country of birth where he will have the opportunity to practice medicine.

6. Since Mr. Hue's release from prison, he has been dedicated to his professional development.

7. Completing 108 hours of continuing medical education, including current topics such as the dengue disease which is plaguing the entire Caribbean at this current time, which showcases his commitment to staying informed and skilled in his professional career field.

8. Furthermore, Mr. Hue's diverse credits from reputable institutions and associations, both local and international, demonstrate a well- rounded and up-to-date knowledge base. This commitment to learning enhances his qualifications and positions his future opportunities in the medical field.

9. Mr. Hue has made steps to rewrite his wrongs by using his second chance to better himself by attending therapy sessions through private and Veteran groups, with all the educational growth he has made he cannot maintain or secure a job that will allow him to take care of his family because of his felony conviction.

10. Although it might be drastic, especially having a family, his only choice of going back into the medical field is to decide on taking the numerous offers he has been offered throughout the Caribbean.

11. Mr. Hue also has credentials in Canada and the United Kingdom.

12. In the United States it has been difficult for Mr. Hue to maintain employment. Although he was hired in July 2022 as an Assistant Manager at Culver's Restaurant, he was let go a week later when the owner did a background check on him.

13. Mr. Hue has been informed by the Ministry of Health in Jamaica (his former employer) (the government run hospital system) that if he could return to Jamaica to work, he would be working at Cornwall Regional Hospital in Montego Bay, St James Jamaica WI because of the shortage of Physicians on the island.

14. Mr. Hue is a dual citizen of the United States and Jamaica and thus would be able to work there despite his felony conviction here.

15. For all of these reasons it is respectfully requested that Mr. Hue's term of supervised release be terminated so that he may return to Jamaica to practice medicine and to properly support his family.

16. Undersigned counsel has contacted AUSA Thomas Haggerty who does oppose this Motion.

Dated: February 2, 2024.

                                          Respectfully submitted,

**Michael B. Cohen**
Michael B. Cohen, Esq.
Florida Bar No: 210196
6400 North Andrews Ave., Ste 505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Email: micheal@mcohenlaw.com
Email: eservice@mcohenlaw.com