UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20567-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTWAN HUE,

        Defendant.
_____/

### ORDER DENYING MOTION TO TERMINATE SUPERVISED RELEASE

THIS CAUSE came before the Court upon defendant's motion to terminate supervised release [D.E. #182] and the government having filed a response [D.E. 183], it is

ORDERED and ADJUDGED that said motion to terminate supervised release is **DENIED.** However, the Court is considering allowing the defendant to return to Jamaica during the period of supervised release provided he submits evidence of the actual medical job offer in Jamaica. If such is produced, then the Court will consider the defendant's request with the additional conditions that the defendant will be prohibited from entering the United States during his period of supervised release.

DONE and ORDERED in Miami, Dade County, Florida this 28th day of February 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
U.S. Probation